■ In the Matter of LESTER N. SHAFRAN (Admitted as LESTER NOEL SHAFRAN), a Disbarred Attorney. [716 NYS2d 557] —Petition granted to the extent of referring this matter to the Departmental Disciplinary Committee to designate a Hearing Panel to conduct a hearing to determine whether petitioner meets the standards for reinstatement set out in section 603.14 (b) of the Rules of this Court (22 NYCRR). No opinion. Concur—Rosenberger, J. P., Nardelli, Williams, Mazzarelli and Wallach, JJ.